JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BAUSCH & LOMB INCORPORATED, | Case No.: 8:13-cv-00776-CJC-JPR |
| Plaintiff, | Judge: Hon. Cormac J. Carney<br>Dept.: 9B |
| vs. | **ORDER FOR DISMISSAL OF ENTIRE ACTION** |
| FUSION CONSULTING GROUP, INC. and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint filed: May 15, 2013 |

### ORDER

Based upon the stipulation of counsel, it is ordered that plaintiff Bausch & Lomb Incorporated's First Amended Complaint and defendant Fusion Consulting Group, Inc.'s Counterclaims are dismissed *with prejudice*.

Dated: May 27, 2015 _____  _____

Hon. Cormac J. Carney
Judge of the U.S. District Court